United States District Court
Southern District of Texas
**ENTERED**
March 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO RIVERA, JR., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:15-cv-148 |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration. <br> Defendant. | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation" (Dkt. No. 20) regarding Plaintiff's Complaint against Commissioner of the Social Security Administration (Dkt. No. 1). No objections have been filed and the time for doing so has expired.

After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that the Commissioner's decision to deny Plaintiff's claims is **AFFIRMED**. The Clerk of Court is hereby ordered to close this case.

Signed on this __27th__ day of __March__, 2017.

_____
Rolando Olvera
United States District Judge